DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**27 MARCH 2003**

| No. 057P03<br><br>Case below:<br><br>154 N.C. App. 58 | State ex rel.<br>Utils.<br>Comm'n v.<br>Thrifty Call,<br>Inc. | 1. Respondent's NOA Based Upon a<br>Constitutional Question (COA01-1466)<br><br>2. Respondent's PDR Under N.C.G.S.<br>§ 7A-31<br><br>3. Respondent's Alternative PDR of<br>Constitutional Issues<br><br>4. Respondent's Motion to Avoid<br>Inconsistency With Federal Tribunal by<br>Holding Proceeding in Abeyance,<br>Referring Matter to FCC, and/or<br>Requesting FCC to Submit *Amicus<br>Curiae* Brief<br><br>5. Respondent's Motion for Leave to File<br>Reply to Response to PDR | 1. Dismissed<br>*ex mero motu*<br><br>2. Denied<br><br>3. Denied<br><br>4. Denied<br><br><br><br><br><br>5. Dismissed as<br>Moot |
| --- | --- | --- | --- |
| No. 656P02<br><br>Case below:<br><br>154 N.C. App. 119 | Structural<br>Components<br>Int'l, Inc. v.<br>City of<br>Charlotte | 1. Plt's NOA Based Upon a Constitutional<br>Question (COA02-200)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br>**03/11/03**<br><br>3. Allowed<br>**03/11/03** |
| No. 089P03<br><br>Case below:<br><br>155 N.C. App. 20 | Suarez v.<br>Wotring | 1. Plts' PDR Under N.C.G.S. § 7A-31<br>(COA02-108)<br><br>2. Plts' Alternate PWC to Review the<br>Decision of the COA<br><br>3. Defs' Conditional PDR as to Additional<br>Issues | 1. Denied<br>**03/03/03**<br><br>2. Denied<br>**03/03/03**<br><br>3. Dismissed as<br>Moot<br>**03/03/03** |
| No. 099P03<br><br>Case below:<br><br>155 N.C. App. 462 | Toomer v.<br>Garrett | 1. Defs' NOA Based Upon a<br>Constitutional Question (COA01-1385)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 211P02<br><br>Case below:<br><br>149 N.C. App. 405 | Tuckett v.<br>Guerrier | 1. Defs' PWC to Review the Order of the<br>COA (COA01-348)<br><br>2. Defs' PWC to Review the Decision of<br>the COA | 1. Denied<br>**02/27/03**<br><br>2. Denied<br>**02/27/03** |